IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HECTOR SAUL RIVERA FLORES,

Petitioner,

Case No. 26-cv-96-wmc

v.

TYLER EDWARDS, in his official capacity as Administrator of the Douglas County Jail, DAVID EASTERWOOD, in his official capacity as Field Office Director of the ICE Chicago Field Office of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, TODD M. LYONS, in his official capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security, MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security, and TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

Respondents.

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of petitioner Hector Saul Rivera Flores granting his petition for writ of habeas corpus under 28 U.S.C. § 2241. Within seven (7) days, respondents Tyler Edwards, David

Eaterwood, Todd M. Lyons, Markwayne Mullin and Todd Blanche shall afford petitioner a bond hearing before an immigration judge under 8 U.S.C. § 1226(a).

Approved as to form this 27th day of May, 2026.

William M. Conley
District Judge

Joel Turner, Clerk of Court

5/27/26
Date